UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION NO. 14-142-1 |
| VERSUS | U.S. DISTRICT JUDGE DONALD E. WALTER |
| MAGGIE KAY COMEAUX | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION

This matter was referred to me by the district judge for the taking of defendant's guilty plea. In accordance with the guilty plea entered before me on November 24, 2014, as set forth in the transcript of the plea colloquy filed in the record of this proceeding at document number 45, and for the reasons stated by me in the transcript of that proceeding,

IT IS RECOMMENDED that the defendant's guilty plea be accepted and that defendant be found guilty of the stated offense, and that she be sentenced following receipt of the pre-sentence investigation report.

**OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. .  A party may respond to another party's

objections within **fourteen (14) days** after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before making a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, in Alexandria, Louisiana, on this 15th day of December, 2014.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE