

RECEIVED

JAN 0 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 1:14-cr-00142-01 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| MAGGIE KAY COMEAUX (01) | * | MAGISTRATE JUDGE KIRK |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, and noting the absence of any objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Maggie Kay Comeaux, and adjudges her guilty of the offenses charged in **Count One** of the Indictment against her.

THUS DONE AND SIGNED in chambers, this ___8___ day of January, 2015 in Shreveport, Louisiana.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE